Edward W. Lukas, Jr. [SBN 155214]
HARRINGTON, FOXX, DUBROW & CANTER, LLP
535 N. Brand Boulevard, Suite 800
Glendale, CA 91203
Telephone:  (213) 489-3222
Direct:  (424) 354-1853
Facsimile:  (213) 622-4321
Email: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice pending*)
Colette E. Verch (*Pro Hac Vice pending*)
Jeremiah J. Foley (*Pro Hac Vice pending*)
HARNESS, DICKEY & PIERCE, PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
Telephone:  (248) 641-1600
Email:  gforbis@harnessip.com
         cverch@harnessip.com
         jfoley@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | **Jury Trial Demanded** |
| ATA INDUSTRIES (d/b/a ATA PHOTO BOOTHS USA), MARLON ANDRES, and DAVID PADILLA. | |
| Defendants. | |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendant ATA Industries (d/b/a ATA Photo Booths USA) ("ATA"), Defendant Marlon Andres ("Andres"), and Defendant David Padilla ("Padilla") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF THE ACTION

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of ATA's, Andres's, and Padilla's unauthorized and willful use and copying of DS SolidWorks's SOLIDWORKS software package.

## THE PARTIES

1. Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2. On information and belief, Defendant ATA is a California corporation having a principal place of business at 12435 Mills Ave, Suite 28, Chino, CA 91710.

3. On information and belief, Defendant Andres is an adult individual residing at 6959 Edinboro St., Chino, CA 91710.

4. On information and belief, Defendant Padilla is an adult individual residing at 14094 Bluewood Dr., Fontana, CA 92337.

## JURISDICTION AND VENUE

5. This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks's SOLIDWORKS software packages and under state law for breach of contract.

6. This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).

7. This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

8. This Court has personal jurisdiction over ATA because, among other things,

ATA resides in and transacts business in California and in this judicial district.

9.     This Court has personal jurisdiction over Andres because, among other things, Andres is the Founder and CEO of ATA and a resident of California, also residing within this judicial district.

10.    This Court has personal jurisdiction over Padilla because, among other things, Padilla is an employee of ATA and a resident of California, also residing within this judicial district.

11.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(1), 1391(c)(2), 1391(d), and 1400(a).

## BACKGROUND

## DS SolidWorks and the Copyrighted Works

12.    DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

13.    DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

14.    DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations below in Table 1, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX0008895494 | SOLIDWORKS 2019 |
| TX0009112305 | SOLIDWORKS 2021 |
| TX 0009074914 | SOLIDWORKS 2022 |
| TX0009277249 | SOLIDWORKS 2023 |
| TX0009376069 | SOLIDWORKS 2024 |

Table 1

**Detection of Infringement by Defendants**

15.    The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies unauthorized uses of the SOLIDWORKS software modified by the SolidSquad (SSQ) crack and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

16.    Through its monitoring technology, DS SolidWorks detected at least 662 unauthorized uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least three different computers (the "Computers") since March 2019.

17.    Through its monitoring technology, DS SolidWorks detected unauthorized uses of unlicensed and unauthorized copies of SOLIDWORKS add-ons, such as the Inspection, MBD, and CAM add-on on the Computers since March 2019.

18.    Padilla used SolidWorks on a Dell Precision 7720 at least once between March 9, 2019 and October 3, 2023.

19.    Computer 1 is a Dell Precision 7720 used to run SolidWorks by Padilla between March 9, 2019 and February 15, 2023.

20.    Computer 3 is a Dell Precision 7720 used to run SolidWorks by Padilla between February 16, 2023 and October 3, 2023.

21.    Andres used SolidWorks on a Lenovo ThinkPad at least once between November 7, 2020 and March 2, 2024.

22.    Computer 2 is a Lenovo ThinkPad used by Andres to run SolidWorks at least once between November 7, 2020 and March 2, 2024.

23.    Through its monitoring technology, DS SolidWorks detected the MAC addresses shown on Table 2, below, on the Computers while unauthorized and unlicensed SOLIDWORKS was being used.

| Computer | Mac Addresses |
|:---:|:---:|
| 1 | c0b6f928aca3<br>106530741604<br>10653017376a<br>c0b6f928aca3<br>e8ea6a5b907c |
| 2 | 04ed33a5c9e9<br>04ed33a5c9e5<br>98fa9be8e0cb<br>00ff3b4d2a1e<br>f4a80d5e82b3<br>02a733be0b4b |
| 3 | cc96e574eca0<br>3ce9f7fd1632<br>3ce9f7fd1636<br>3ce9f7fd1633<br>803f5df0ddf5<br>fee6b3f360ce |

Table 2

**Computer 1**

24.     Through its monitoring technology, DS SolidWorks detected that 431 of the above-referenced 662 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

25.     Through its monitoring technology, DS SolidWorks detected a Machine Host ID having the name "DAVEDELL2" on Computer 1.

26.     Padilla's first name is David.

27.     "Dave" is a common nickname of Padilla's first name David.

28.     Computer 1 is a Dell Precision 7720.

29.     "DAVEDELL2" is a combination of Padilla's first name and the Dell Precision 7720 machine.

30.     Padilla is a user of Computer 1.

31.     Padilla has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 1.

32.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 21 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 1 while the computer

was physically located at the address 14094 Bluewood Dr., Fontana, CA.  A series of maps showing Wi-Fi Geolocation data of the unlicensed and unauthorized copies of the SOLIDWORKS software is attached as Exhibit 2, hereto. *See* Exhibit 2 p. 1.

33.    Padilla previously resided in a house at 14094 Bluewood Dr., Fontana, CA.

34.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that at least 160 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 1 while the computer was physically located at the address 17065 La Vesu Rd., Fontana, CA *See* Exhibit 2 p. 1.

35.    Padilla currently resides in a house at 17065 La Vesu Rd., Fontana, CA.

36.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 71 of the above-referenced 662 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 2300 S. Reservoir St., #301, Pomona, CA.

37.    ATA previously had a facility at 2300 S. Reservoir St., #301, Pomona, CA. *See*, Exhibit 3.

38.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that at least 147 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 1 while the computer was physically located at the address 12345 Mills Avenue, Unit 28, Chino, CA..

39.    ATA has a facility at 12345 Mills Avenue, Unit 28, Chino CA. *See* https://www.ataphotobooths.com/; Exhibit 4.

40.    Padilla is an employee of ATA.

41.    Padilla designs photobooth components and accessories.

42.    Padilla designs photobooth components and accessories for ATA.

43.    Padilla has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 1 to do work for ATA.

44.    ATA controlled Padilla's use of unauthorized copies of the SOLIDWORKS

software on Computer 1 at least at ATA's sites.

45.    ATA financially benefitted from Padilla's use of unauthorized copies of SOLIDWORKS software.

**Computer 2**

46.    Through its monitoring technology, DS SolidWorks detected that 163 of the above-referenced 662 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

47.    Through its monitoring technology, DS SolidWorks detected the username "M" registered on Computer 2 during an unauthorized use of SOLIDWORKS.

48.    Andres' first name is Marlon.

49.    "M" is the first initial of Andres' first name Marlon.

50.    Andres is a user of Computer 2.

51.    Andres has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2.

52.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that at least 55 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 2 while the computer was physically located at the address 6959 Edinboro St., Chino, CA.*See* Exhibit 2 p. 2.

53.    Andres resides in a house at 6959 Edinboro St., Chino, CA.

54.    Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 82 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 1 while the computer was physically located at the address 12345 Mills Avenue, Unit 28, Chino, CA. *See* Exhibit 2 p. 2.

55.    ATA has a facility at 12345 Mills Avenue, Unit 28, Chino CA. *See* https://www.ataphotobooths.com/; Exhibit 4.

56.    Andres is the Founder, CEO, CFO, and Secretary of ATA. *See*, Exhibit 4.

57. Andres designs photobooth components and accessories.

58. Andres designs photobooth components and accessories for ATA.

59. Andres' LinkedIn profile claims that his skills include "Solidworks", "CAD" and "CAD/CAM". *See*, Exhibit 5, p. 2.

60. Andres has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 to do work for ATA.

61. ATA controlled Andres' use of unauthorized copies of the SOLIDWORKS software on Computer 2 at least at ATA's sites.

62. ATA financially benefitted from Andres' use of unauthorized copies of SOLIDWORKS software.

**Computer 3**

63. Through its monitoring technology, DS SolidWorks detected that 63 of the above-referenced 662 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

64. Through its monitoring technology, DS SolidWorks detected the username "davie" registered on Computer 3 during an unauthorized use of SOLIDWORKS.

65. "Davie" is a common nickname of Padilla's first name David.

66. Padilla is a user of Computer 3.

67. Padilla has used one or more unlicensed and unauthorized copies of SOLIDWORKS software on Computer 3.

68. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 28 of the above-referenced 662 uses of unlicensed and unauthorized copies of SolidWorks software occurred on Computer 1 while the computer was physically located at the address 17065 La Vesu Rd., Fontana, CA.. *See* Exhibit 2 p. 3.

69. Padilla resides in a house at 17065 La Vesu Rd., Fontana, CA.

70. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that at least 35 of the above-referenced 662 uses of unlicensed

and unauthorized copies of SolidWorks software occurred on Computer 3 while the computer was physically located at the address 12345 Mills Avenue, Unit 28, Chino, CA. *See* Exhibit 2 p. 3.

71.    ATA has a facility at 12345 Mills Avenue, Unit 28, Chino CA. *See* https://www.ataphotobooths.com/; Exhibit 4.

72.    Padilla has used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 3 to do work for ATA.

73.    ATA controlled Padilla's use of unauthorized copies of the SOLIDWORKS software on Computer 3 at least at ATA's sites.

74.    ATA financially benefitted from Padilla's use of unauthorized copies of SOLIDWORKS software.

**Infringement, Circumvention, and Breach by Defendants Via Use of the SolidSquad Crack**

75.    The Computers are owned by at least one of the Defendants.

76.    ATA purports to offer a variety of photobooth devices and accessories. *See* https://www.ataphotobooths.com.

77.    DS SolidWorks' SOLIDWORKS software packages are frequently used by developers of photobooth devices and accessories.

78.    On June 2, 2016, ATA posted screenshots of it using SolidWorks on Facebook. *See* Exhibit 6.

79.    ATA uses SOLIDWORKS software packages to design its photobooth devices and accessories.

80.    The Computers have been used by at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA.

81.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA downloaded one or more copies of SOLIDWORKS from the internet.

82.    At least one of Andres, Padilla, employees of ATA or persons under the control of ATA installed one or more copies of SOLIDWORKS on the Computers.

83.    During the installation process of SOLIDWORKS, a link to a License Agreement is displayed on the screen of the computer. A copy of the License Agreement is attached as Exhibit 7, hereto.

84.    The License Agreement states that "…installing and using [SOLIDWORKS]…will signify your agreement to be bound by these terms and conditions." Ex. 7, at 2/45.

85.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

86.    One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id.*, at 2/45.

87.    The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license fee for a single-user license of SOLIDWORKS has been paid for such copy: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." *Id.*, at 3/45-4/45.

88.    But Defendants did not pay the license fee for the copies of SOLIDWORKS that were installed.

89.    Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

90.    Additional terms and conditions of the License Agreement include that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS SolidWorks is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS:

"DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

91.    Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures.

92.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

93.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

94.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks by using a cracked version of SOLIDWORKS.

95.    Upon information and belief, Andres and ATA received a direct financial benefit from the use of SOLIDWORKS by at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA.

**Notice of Infringement to Defendant ATA**

96.    Between October 16, 2015 and October 26, 2015, a license compliance investigator from DS SolidWorks communicated with Andres and ATA via a series of emails to Andres, attempting to resolve ATA's unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached. Emails from the communications between the license compliance investigator for DS SolidWorks and Andres from October 16, 2015 through October 26, 2015 are attached as Exhibit 8, hereto.

11

**COMPLAINT**

97.    On January 16, 2018 and again on February 16, 2018, counsel for DS SolidWorks attempted to communicate with Andres and ATA via email communications to Andres, regarding ATA's unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached. Letters from the communications sent by counsel for DS SolidWorks are attached as Exhibit 9, hereto.

98.    Despite notice from DS SolidWorks about the unlicensed and unauthorized use of SOLIDWORKS software packages at ATA, Andres, Padilla, employees of ATA, and/or persons under the control of ATA did not stop the unlicensed and unauthorized use of SOLIDWORKS software packages.

99.    Computers 1, 2, and 3 were discovered to be connected to ATA and using unlicensed copies of SOLIDWORKS software packages after initial attempts to contact ATA began.

100.    On March 17, 2023, counsel for DS SolidWorks attempted to communicate with Andres and ATA via an email to Andres, regarding ATA's unauthorized use of DS SolidWorks' SOLIDWORKS software packages on Computers 1-3. A letter from the communication sent by counsel for DS SolidWorks is attached as Exhibit 10, hereto.

101.    Between March 20, 2023, and March 23, 2023, a license compliance investigator from DS SolidWorks communicated with Andres, Padilla and ATA via a series of emails and phone calls to Andres and Padilla, attempting to resolve ATA's unauthorized use of DS SolidWorks' SOLIDWORKS software packages on Computers 1-3. No resolution was reached.  Emails from the communications between the license compliance investigator for DS SolidWorks, Andres, and Padilla from March 20, 2023, through March 23, 2023, are attached as Exhibit 11, hereto.

102.    Between April 2, 2023, and June 15, 2023, counsel for DS SolidWorks exchanged communications with Andres and ATA via a series of emails, attempting to resolve ATA's unauthorized use of DS SolidWorks' SOLIDWORKS software packages on Computers 1-3. No resolution was reached.  The emails from the communications between counsel for DS SolidWorks and ATA from April 2, 2023, through June 15, 2023,

are attached as Exhibit 12, hereto.

103.    Despite the repeated requests to cease and desist from engaging in unauthorized use of DS SolidWorks' SOLIDWORKS software packages, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA continued engaging in unauthorized use of SOLIDWORKS until at least March 2, 2024.

**Vicarious Liability by Andres**

104.    Andres is the Founder, CEO, CFO, and Secretary of ATA.

105.    As CEO at ATA, Andres has the right and ability to supervise the use of CAD software by ATA's employees and other persons under its control.

106.    Padilla is an employee of ATA and/or a person under ATA's control.

107.    Andres had the right and ability to supervise the above-described unlicensed and unauthorized use of DS SOLIDWORKS Software packages by Padilla, other employees of ATA, and/or persons under the control of ATA.

108.    As CEO at ATA, Andres has the right and ability to supervise the use of CAD software at ATA's sites.

109.    Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation Data showing at least 335 infringements occurred at ATA's sites.

110.    Andres had the right and ability to supervise all 662 of the above mentioned unauthorized and unlicensed uses of DS SolidWorks' SOLIDWORKS software packages via use of the SolidSquad crack.

111.    Andres has been the CEO of ATA since its inception.

112.    As CEO of ATA, Andres receives a direct financial benefit from ATA's use of CAD software.

113.    Andres received a direct financial benefit from the above-described unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

**Contributory Infringement by Andres**

114.    Andres was contacted regarding ATA's unauthorized and unlicensed use of DS SolidWorks packages on October 16, 2015, October 26, 2015, January 16, 2018 and

February 16, 2018. See, Ex. 8 and 9.

115.    Andres was contacted regarding ATA's unauthorized and unlicensed use of DS SolidWorks packages on Computers 1-3 on March 17, 2023. *See*, Ex. 10.

116.    Andres knew about the unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS packages by ATA's employees and/or persons under its control and/or at ATA's site at least by October 16, 2015.

117.    Andres knew about the unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS packages by ATA's employees and/or persons under its control and/or at ATA's site on Computers 1-3 by March 17, 2023, at the latest.

118.    The unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS packages by ATA's employees and/or persons under its control and/or at ATA's site(s) has continued up to March 2, 2024.

119.    On information and belief, ATA's employees and/or persons under its control will continue their unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

120.    As Founder, CEO, CFO, and Secretary of ATA, Andres provides computers and software to ATA's employees and/or persons under its control.

121.    Andres provided computers with unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages to Padilla, ATA's employees and/or persons under its control.

122.    Andres allowed the use of unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages to Padilla, ATA's employees and/or persons under its control.

123.    Andres allowed the use of unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages at ATA's site.

124.    Andres materially contributed to the above-described unauthorized and unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

125.    As Founder, CEO, CFO, and Secretary of ATA, Andres authorizes and

14
**COMPLAINT**

directs the activities of Padilla, ATA's employees and/or persons under its control.

126.  Andres authorized Padilla, ATA's employees and/or persons under its control to engage in unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

127.  Andres directed Padilla, ATA's employees and/or persons under its control to engage in unlicensed use of DS SolidWorks' SOLIDWORKS software packages.

## COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

128.  DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

129.  SOLIDWORKS, including SOLIDWORKS 2019, SOLIDWORKS 2021, SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

130.  DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

131.  At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA downloaded the SOLIDWORKS 2019, SOLIDWORKS 2021, SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

132.  Subsequently to downloading a copy of SOLIDWORKS, at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

133.  Each time at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile

memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

134.   At least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA executed SOLIDWORKS at least one of the Computers.

135.   By making unauthorized copies of SOLIDWORKS as described above, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

136.   Andres and ATA had the right and ability to supervise the above-described infringement of DS SolidWorks's copyrights.

137.   Andres and ATA received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

138.   Andres and ATA had knowledge of the above-described infringements.

139.   Andres and ATA materially contributed to and/or induced the above-described infringements.

140.   At least one of ATA's, Andres', or Padilla's, infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

141.   DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II

## CIRCUMVENTION OF TECHNOLOGICAL MEASURES

## (17 U.S.C. § 1201)

142.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

143.   SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized alphanumeric key provided by DS SolidWorks to properly licensed

users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

144.   Neither ATA, Andres, nor Padilla, received an authorized alphanumeric key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses via the use of the SolidSquad crack.

145.   Neither ATA, Andres, nor Padilla received an authorized alphanumeric key for the above-referenced unlicensed and unauthorized uses via the use of another entities' alphanumeric key.

146.   Upon information and belief, at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

147.   Upon information and belief, at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

148.   By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA have violated 17 U.S.C. § 1201.

149.   Each time at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA used SOLIDWORKS modified by the SolidSquad (SSQ) crack, at least one of Andres, Padilla, employees of ATA, and/or persons under the control of ATA violated 17 U.S.C. § 1201 by avoiding, bypassing, deactivating, or otherwise impairing SOLIDWORKS' technological measures.

150.   Andres and ATA had a right and ability to supervise the above-described circumvention.

151.   Andres and ATA received a direct financial benefit from the above-described circumvention.

152.   Andres and ATA had knowledge of the above-described circumvention.

153.   Andres and ATA materially contributed to and/or induced the above-described circumvention.

154.   DS SolidWorks has been damaged by at least one of ATA's, Andres', or Padilla's, above-described actions.

## COUNT III

## BREACH OF CONTRACT

## (Massachusetts Common Law)

155.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

156.   The installation of SOLIDWORKS 2019, SOLIDWORKS 2021, SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024 requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement.  *See* Exhibit 7.

157.   At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA accepted the SOLIDWORKS License agreement when they installed and/or used SOLIDWORKS 2019, SOLIDWORKS 2021, SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024.

158.   The License Agreement states "[i]f you have paid the license fee for a single-user license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 7, at 3/45.

159.   Neither ATA, Andres, nor Padilla paid the license fee for the above-mentioned unauthorized and unlicensed uses.

160.   By installing and/or using SOLIDWORKS 2019, SOLIDWORKS 2021,

SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024 on the Computers without paying the license fee, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA breached the License Agreement.

161.    The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" *Id*., at 2/45.

162.    Neither ATA, Andres, nor Padilla received a right to load, use or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

163.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA downloaded the SOLIDWORKS 2019, SOLIDWORKS 2021, SOLIDWORKS 2022, SOLIDWORKS 2023, and SOLIDWORKS 2024 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

164.    Subsequent to downloading a copy of SOLIDWORKS, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

165.    Each time at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA executed SOLIDWORKS, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

166.    At least one of Andres, Padilla, employees of ATA, or persons under the control of ATA executed SOLIDWORKS at least on the Computers.

167.    By copying SOLIDWORKS as described above, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA breached the License

Agreement by copying SOLIDWORKS without the right to do so.

168.   By loading SOLIDWORKS at least onto the Computers, at least one of Andres, Padilla employees of ATA, or persons under the control of ATA breached the License Agreement by loading SOLIDWORKS without the right to do so.

169.   By using SOLIDWORKS on the Computers, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA breached the License Agreement by using SOLIDWORKS without the right to do so.

170.   The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS [SolidWorks] is prohibited." *Id.*, at 24/45.

171.   Upon information and belief, after installing SOLIDWORKS, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA ran the SolidSquad (SSQ) crack program.

172.   Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

173.   By running the SolidSquad (SSQ) crack program, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA breached the License Agreement.

174.   DS SolidWorks did not provide ATA, Andres, and/or Padilla a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA for the above-referenced unlicensed and unauthorized uses.

175.   By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Andres, Padilla, employees of ATA, or persons under the control of ATA breached the License Agreement.

176.   The License Agreement states that it is to be governed by the law of the

Commonwealth of Massachusetts. *Id.*, at 3/45.

177.  DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.    For a judgment determining that ATA, Andres, and Padilla have infringed DS SolidWorks's copyrights in violation of 17 U.S.C. § 501;

B.    For a judgment determining that ATA, Andres, and Padilla have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.    For a finding that such infringement and/or circumvention was willful;

D.    For a judgment determining that ATA, Andres, and Padilla have breached the License Agreement under Massachusetts Common Law;

E.    For a judgment preliminarily and permanently enjoining and restraining ATA, including their officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them, Andres, and Padilla, from directly or indirectly infringing DS SolidWorks's copyrights;

F.    For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of ATA, Andres, and Padilla, (iii) statutory damages of $150,000 per work infringed, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.    For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of ATA, Andres, and Padilla, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.    For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.    For such other and further relief as the Court deems just and proper.

# DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

Dated:  August 16, 2024

*Local Counsel for Defendant*
HARRINGTON, FOXX, DUBROW &
CANTER, LLP


By:/s/ Edward W. Lukas, Jr.
    EDWARD W. LUKAS, JR.
    Attorneys for Plaintiff DASSAULT
    SYSTÈMES SOLIDWORKS
    CORPORATION


Dated:  August 16, 2024

HARNESS, DICKEY & PIERCE PLC


By:/s/ Glenn E. Forbis
    Glenn E. Forbis (*Pro Hac Vice Pending*)
    Colette E. Verch (*Pro Hac Vice Pending*)
    Jeremiah J. Foley (*Pro Hac Vice Pending*)
    Attorneys for Plaintiff DASSAULT
    SYSTÈMES SOLIDWORKS
    CORPORATION