Edward W. Lukas, Jr.
Harrington, Foxx, Dubrow & Canter, LLP
333 South Hope Street, Suite 1000
Los Angeles, CA 90071
(213) 489-3222 x227 (phone)
(424) 354-1853 (Direct Line)
(213) 622-4321 (fax)
Email: elukas@hfdclaw.com

Glenn E. Forbis (*Pro Hac Vice*)
Colette E. Verch (*Pro Hac Vice*)
Jeremiah J. Foley (*Pro Hac Vice*)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com
cverch@harnessip.com
jfoley@harnessip.com

Attorneys for Plaintiff DASSAULT SYSTÈMES
SOLIDWORKS CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE – EASTERN DIVISION

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>      Plaintiff,<br><br>- v.-<br><br>ATA INDUSTRIES (d/b/a ATA PHOTO BOOTHS USA), MARLON ANDRES, and DAVID PADILLA.<br><br>      Defendants. | Index No.: 5:24-cv-01754<br><br>**JOINT STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

1

JOINT STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Pursuant to Local Rule 7-1, all Parties to this litigation, Plaintiff Dassault Systèmes SolidWorks Corporation ("Plaintiff" or "Dassault"), ATA Industries (d/b/a ATA Photo Booths USA) ("ATA"), Marlon Andres ("Andres"), and David Padilla ("Padilla") (collectively, "Defendants"), by and through their undersigned counsel, respectfully and jointly stipulate and move this Court to enter the proposed Consent Judgment and Permanent Injunction attached hereto as **Exhibit A**.

Dated: May 6, 2025                                    Respectfully Submitted,

| | |
|---|---|
| /s/ R. Joseph Trojan<br>R. Joseph Trojan<br>Trojan Law Offices<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA 90212<br>310-777-8399<br>trojan@trojanlawoffices.com<br><br>*Counsel for Defendants* | /s/ Glenn Forbis<br>Glenn E. Forbis (*Pro Hac Vice*)<br>Colette E. Verch (*Pro Hac Vice*)<br>Jeremiah J. Foley (*Pro Hac Vice*)<br>Harness, Dickey & Pierce PLC<br>5445 Corporate Drive, Suite 200<br>Troy, MI  48098<br>248-641-1600<br>gforbis@harnessip.com<br>cverch@harnessip.com<br>jfoley@harnessip.com<br><br>*Counsel for Plaintiff*<br><br>Edward W. Lukas, Jr.<br>Harrington, Foxx, Dubrow & Canter, LLP<br>535 N. Brand Boulevard, Suite 800<br>Glendale, CA 90071<br>(213) 489-3222 x227 (phone)<br>(424) 354-1853 (Direct Line)<br>(213) 622-4321 (fax)<br>Email: elukas@hfdclaw.com<br><br>Local Counsel for Plaintiff |

JOINT STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Defendant by and through its counsel of record.

/s/ Glenn Forbis

JOINT STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION