JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>ATA INDUSTRIES, *et al.*,<br><br>              Defendants. | Case No. 5:24-cv-01754-FLA (DTBx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION [DKT. 44]** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    On May 6, 2025, Plaintiff Dassault Systèmes SolidWorks Corporation

2  ("Plaintiff") and Defendants ATA Industries, Marlon Andres, and David Padilla

3  (collectively, "Defendants," all together, the "Parties") filed a Joint Stipulated Motion

4  for Entry of Consent Judgment and Permanent Injunction ("Stipulation").  Dkt. 44.

5    The court, having considered the Parties' Stipulation and finding good cause

6  therefor, hereby APPROVES the Stipulation and ORDERS as follows:

7        1.    Judgment is ENTERED in favor of Plaintiff;

8        2.    Pursuant to Fed. R. Civ. P. 65, Defendants and their employees, agents,

9              related companies, all persons under the direction of Defendants, and

10             other persons in active concert or participation with any of them and who

11             receive actual notice of this Order are hereby PERMANENTLY

12             ENJOINED from using any copies of Plaintiff's SOLIDWORKS

13             software packages without being the lawful owner or user of appropriate

14             licenses permitting such use;

15       3.    Defendants, jointly and severally, are ORDERED to pay Sixty-Two

16             Thousand Five Hundred Sixty-Two Dollars ($62,562) to Plaintiff by June

17             1, 2025; and

18       4.    The court retains jurisdiction of this matter for the purpose of enforcing

19             the terms of this Consent Judgment.  This is a final order and judgment.

20

21    IT IS SO ORDERED.

22

23  Dated: May 23, 2025

24                            _____
                             FERNANDO L. AENLLE-ROCHA
25                            United States District Judge

26

27

28

2